Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
U.S. District Court
District of Kansas

MAR 09 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Divi

2:26-cv-02127-HLT-TJJ

Michael D. Abron

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Pamela Bondi
Attorney General

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

C

Jury Trial: *(check one)*    ☐ Yes    ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael D. Abron |
| Street Address | 801 S. 5th Street Apt A |
| City and County | Leavenworth |
| State and Zip Code | Kansas 66048 |
| Telephone Number | 816-291-5702 |
| E-mail Address | mabron357@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Pamela Bondi |
| Job or Title *(if known)* | Attorney General |
| Street Address | 950 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | DC 20530 |
| Telephone Number | (202) 541-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jennifer Herbig |
| Job or Title *(if known)* | REGIONAL HUMAN RESOURCE SPECIALIST |
| Street Address | 400 STATE AVE |
| City and County | Kansas City |
| State and Zip Code | KS 66101 |
| Telephone Number | (913) 551-1055 |
| E-mail Address *(if known)* | J1HERBIG@BOP.GOV |

Defendant No. 3

| | |
|---|---|
| Name | Nathan Atkinson |
| Job or Title *(if known)* | CLC ATTORNEY |
| Street Address | 1300 Metropolitan Ave |
| City and County | Leavenworth |
| State and Zip Code | KS 66048 |
| Telephone Number | (913) 582-8700 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Federal Bureau of Prisons |
| Street Address | 1300 Metropolitan Avenue |
| City and County | Leavenworth |
| State and Zip Code | Kansas 66048 |
| Telephone Number | (913) 682-8700 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 19, 2019, selected Mr. McCloud for Cook Foreman when he was outside local commuting area.

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race          African American
- ☑ color         Black
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FCI Leavenworth open up a Cook Supervisor (Cook Forman), 7404-08 LVN-2019-0045 for local commuting only. The Office of Personnel Management OPM 5 CFR 550.703 U.S. Office of Personnel Management (OPM) regulations, the local commuting area is defined by the geographic area surrounding a work site where people live and can reasonably be expected to travel back and forth daily to their work site. The local commuting area is often defined as a radius of 50 miles from the official worksite. Anything beyond this radius is generally considered outside the local commuting area. I have attached copies of emails from Grand Prairie, Texas where all job selection is processed at.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
October 29, 2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    02/03/2026    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WS8 pay from October 2019, WS14 pay from October 2020, GS13 pay from October 2021, and GS14 step 10 from October 2022. A total of $539,903 base pay. Plus $300.000 for discrimination, $300.00 for retaliation and $300.000 for pain and suffering. Total $900.000. All together the total is $1,439,903 dollars. For back pay for all promotion passed over. My retirement pay be calculated at the GS14 step10 grade level when I retire this October 31, 2026. I can extend until this case is complete.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3-9-2026

Signature of Plaintiff    _Michael Abron_

Printed Name of Plaintiff    _Michael Abron_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____